**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 70.112.161.38**

**ISP:** Spectrum
**Physical Location:** Austin, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 05/29/2019 03:21:54 | 249A74D1C7387C3ECA532CDEE2BB9F7262C43B84 | Breakfast and Bed |
| 05/08/2019 04:01:50 | 483C0F08D39959A37DD3F4370563C9DAD44B8C11 | Cindy Sauna Sex |
| 02/04/2019 05:56:03 | 1F88E15C003EF67E6325B925B96574026EE07A51 | Fashion Models Lingerie or Lesbian Lovers |
| 01/20/2019 03:36:21 | BF106E9BD8488067D7A2769C78FF2E4E2E1EBA4D | Deux Jeunes Lesbiennes |
| 01/20/2019 03:34:38 | CA40800FB88F2410B9E39BC0201FE83056AB4BD3 | One Romantic Evening of Hot Sex |
| 12/08/2018 05:12:46 | 33193B99896DC860721CD263C16ECFEF72C7AE41 | Fashion Model Bikini Lesbians |
| 12/08/2018 05:08:00 | 2F99A1FD4961B9EACF68DBF12A4262741B011D8A | Hide and Sex |
| 12/08/2018 04:43:23 | 5F83E531653A2E48BEE84BE2CA6CE0A0EE8E02FA | First Time 18 Tight and Tiny |
| 11/12/2017 18:41:37 | CABA5F1C12C9187992F68C25828D100D8761A276 | Russian Girls Are Perfection |

**Total Statutory Claims Against Defendant: 9**

EXHIBIT A