# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Action Case No. _____ |
| v. | ) |
| JOHN DOE infringer using IP address 70.112.161.38, | ) |
| Defendant. | ) |

## CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

Undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

(1) Malibu Media, LLC - Plaintiff; financial interest;

(2) Colette Pelissier - Owner of Malibu Media, LLC; financial interest in Plaintiff;

(3) John Doe - Defendant; financial interest; and

(4) Beik Law Firm, PLLC. - Attorneys for Plaintiff; financial interest.

Respectfully submitted,

By: /s/ Paul S. Beik
Paul S. Beik
Texas Bar No. 24054444
BEIK LAW FIRM, PLLC
8100 Washington Ave., Suite 1000
Houston, TX 77007
T: 713-869-6975
F: 713-868-2262
E-mail: paul@beiklaw.com
**ATTORNEY FOR PLAINTIFF**